UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| AUSTIN CHRISTIAN GRIFFITH,<br>　　Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) | Civil No. 3:16-cv-00077-GFVT-EBA<br><br>**JUDGMENT** |
| v. | | |
| FRANKLIN COUNTY, KENTUCKY, *et al.*,<br>　　Defendant. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. Judgment is **ENTERED** in favor of the Defendant;

2. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay;

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 27th day of March, 2019.

Gregory F. Van Tatenhove
United States District Judge